1  Curtis J. Busby (SBN 019415)
   Claudia C. Ionescu (SBN 035312)
2  **BOWMAN AND BROOKE LLP**
   Suite 1600, Phoenix Plaza
3  2901 North Central Avenue
   Phoenix, Arizona 85012-2736
4  Telephone: (602) 643-2300
   curtis.busby@bowmanandbrooke.com
5  claudia.ionescu@bowmanandbrooke.com

6  Attorneys for Defendant Jo-Ann Stores, LLC

7

8                    **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF ARIZONA**

10 | Janice Hancock and Richard Hancock,         | Case No.
   | husband and wife,
11 |
   |                Plaintiffs,                   | **JO-ANN STORES, LLC'S NOTICE OF**
12 |                                              | **REMOVAL**
   | vs.                                          |
13 |                                              | **(JURY DEMAND)**
   | Jo-Ann Stores, Inc. dba JoAnn Fabrics and
14 | Crafts, Jo-Ann Etc., and Jo-Ann Stores,
   | LLC; and John Does 1-5; Jane Does 1-5;
15 | ABC Companies 1-5; XYZ Corporation 1-5,
16 |                Defendants.

17

18      Defendant Jo-Ann Stores, LLC ("Jo-Ann Stores") submits this timely filed Notice of

19 Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and in support thereof, respectfully

20 states as follows:

21      1.      This action falls under this Court's original jurisdiction on the basis of

22 diversity of citizenship, pursuant to 28 U.S.C. § 1332(a) and is, therefore, an action that may

23 be removed pursuant to 28 U.S.C. § 1441(a).

24      2.      The Civil Cover Sheet is attached hereto as Exhibit A.

25      3.      In compliance with L.R.Civ. 3.6(a), the "Supplemental Civil Cover Sheet for

26 Cases Removed From Another Jurisdiction" is attached hereto as Exhibit B.

27      4.      In compliance with 28 U.S.C. § 1446(d), and in further compliance with

28 L.R.Civ. 3.6(a), a copy of this Notice of Removal is being filed with the clerk of the state

                                         1

1   court from which this action has been removed, and is being served upon all solvent parties,

2   in the form attached hereto as Exhibit C.

3       5.      In compliance with 28 U.S.C. § 1446(a) and L.R.Civ. 3.6(b), copies of all

4   pleadings and other documents that were previously filed with the state court are attached

5   hereto as Exhibit D.

6       6.      In further compliance with L.R.Civ. 3.6(b), attached hereto as Exhibit E is the

7   verification of undersigned counsel that Exhibit D contains true and complete copies of all

8   pleadings and other documents filed in the state court proceeding.

9       7.      An email from Plaintiffs' counsel's office regarding Plaintiffs' Canadian

10  Citizenship is attached hereto as Exhibit F.

11      8.      By filing this Notice of Removal, Jo-Ann Stores does not waive any defense

12  available to it in this action.

### REMOVAL JURISDICTION

### I.      THE PARTIES

15      9.      Complete diversity of citizenship existed at the time the underlying action was

16  filed in state court (2/05/2021) and at the time of this removal (5/15/2021).

17      10.     Plaintiffs Janice and Richard Hancock are residents and citizens of Canada. *See*

18  Exhibit D, Compl. ¶ 1; Exhibit F, Email re Citizenship.

19      11.     Defendant Jo-Ann Stores, LLC, at the time this action was commenced, was

20  and still is an Ohio limited liability company, whose principal place of business in Ohio, and

21  whose sole member is and was a Delaware limited liability company and, the sole member of

22  the Delaware limited liability company is a Delaware corporation with its principal place of

23  business in Delaware.

24      12.     Plaintiffs also bring a claim against fictitious defendants (named and

25  referenced in the Complaint as "John Does 1-5; Jane Does 105; ABC Companies 1-5; and

26  XYZ Corporations 1-5"). These defendants are unknown to Plaintiff. *See* Ex. D, Compl.

27  Section III. "Doe" defendants may be ignored for removal purposes. *See Cripps v. Life Ins.*

28  *Co. of N. Am.*, 980 F.2d 1261, 1266 (9th Cir. 1992).

## II. STATE COURT ACTION

13. The state court action being removed is styled *Janice Hancock and Richard Hancock, husband and wife, Plaintiffs, v. Jo-Ann Stores, LLC, et al.,* Case No. S1400CV202100093, in the Superior Court for the State of Arizona, in and for the County of Yuma. The Complaint was filed on February 5, 2021.

14. The Complaint alleges that on February 11, 2019, Plaintiff Janice Hancock was shopping at a Jo-Ann Store in Yuma, Arizona when she tripped over an electrical extension cord running across the floor in an aisle, causing her to fall and to be injured. *See* Ex. D, Compl. Sections IV-V.

15. Plaintiffs appear to allege premises liability claims against Jo-Ann Stores. *See id.*, Sections VI – VII.

16. On March 31, 2021, Plaintiffs served process on Jo-Ann Stores.

17. On April 15, 2021, Plaintiffs' counsel's office confirmed Plaintiffs' Canadian citizenship. *See* Ex. F.

18. On May 4, 2021, Jo-Ann Stores filed an answer to Plaintiffs' Complaint in state court.

## III. REMOVAL DUE TO DIVERSITY OF CITIZENSHIP

### a. Amount in Controversy

19. The present action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), and it may be removed pursuant to the provision of 28 U.S.C. § 1441(a) because it is a civil action wherein the matter in controversy exceeds $75,000, exclusive of interests and costs, and it is between citizens of Canada and a citizen of different domestic states. In their Complaint, Plaintiffs state that the case meets the criteria set forth in Ariz. R. Civ. P. 26.2(c)(3) for a Tier 3 case, which means that they seek damages of $300,000 or more. Ex. D, Compl., Caption. Additionally, plaintiffs' Complaint describes a claim for substantial damages; specifically, it alleges that "Plaintiff has sustained serious and permanent physical and emotional injury, all of which has caused and will continue to cause mental, physical and nervous pain and suffering," and

alleges these damages "will be of a permanent nature, and will result in some permanent disability to Plaintiff." Ex. D., Compl, Section VII. It is clear that the amount in controversy in this matter exceeds $75,000, exclusive of interests and costs.

### b.    Diversity Jurisdiction

20.    The citizenship of an individual is determined by the state of his or her domicile; an individual's domicile is the state where he or she is present and intends to remain. *See Kanter v. Warner-Lambert Co.,* 265 F.3d 853, 857 (9th Cir. 2001). Plaintiffs state that they are "residents of Vancouver, BC, Canada and occasionally, Yuma County, Arizona." Ex. D, Compl., Section I. Plaintiffs allege that the events giving rise to their claims occurred in Yuma County, Arizona.

21.    From Plaintiffs' Complaint, it was unclear which state or country Plaintiffs were citizens of.  *See* Ex. D, Compl. However, Plaintiffs' counsel confirmed on April 15, 2021, that Plaintiffs were citizens of Canada. *See* Ex. F, Email.

22.    For removal purposes, an LLC is a citizen of every state of which its owners and members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

23.    Defendant Jo-Ann Stores, LLC, at the time this action was commenced, was and still is an Ohio limited liability company, whose principal place of business in Ohio, and whose sole member is and was a Delaware limited liability company and, the sole member of the Delaware limited liability company is a Delaware corporation with its principal place of business in Delaware. Thus, Jo-Ann Stores is a citizen of Delaware.

24.    Given this diversity of citizenship, this Court has jurisdiction under 28 U.S.C.§ 1332(a)(1) and removal is proper under 28 U.S.C. § 1441(a).

### c.    Timeliness

25.    A notice of removal must be filed within 30 days after receipt of "the initial pleading setting forth the claim for relief." 28 U.S.C. § 1446(b)(1). However, "if the case stated by the pleading is not removable," a notice of removal may be filed within 30 days after receipt of the "amended pleading, motion, order, or other paper from which it may first

be ascertained" that the case is removable. 28 U.S.C. § 1446(b)(3). "When the defendant receives enough facts to remove on any basis under section 1442, the case is removable, and section 1446's thirty-day clock starts ticking." *Durham v. Lockheed Martin Corp.*, 445 F.3d 1247, 1253 (9th Cir. 2006).

26.   At the time the Complaint was filed, Jo-Ann Stores did not have enough facts to determine whether the case was removable because the Complaint did not specify Plaintiffs' citizenship.

27.   On April 15, 2021, Jo-Ann Stores confirmed with Plaintiffs' counsel that Plaintiffs are citizens of Canada. *See* Ex. F, Email.

28.   This Notice of Removal has been timely filed because Jo-Ann Stores has filed it within 30 days of receipt of the email confirming Plaintiffs' Canadian citizenship. *See id.*

WHEREFORE, Defendant Jo-Ann Stores prays that the action styled *Janice Hancock and Richard Hancock, husband and wife, Plaintiffs, v. Jo-Ann Stores, LLC, et al.,* Case No. S1400CV202100093, in the Superior Court for the State of Arizona, in and for the County of Yuma be removed from the state court in which it is filed to this Court.

DATED this 14th day of May, 2021.

BOWMAN AND BROOKE LLP


By: s/Curtis J. Busby
Curtis J. Busby
Claudia C. Ionescu

Attorneys for Defendant Jo-Ann Stores,
LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2021, I electronically transmitted the foregoing **JO-ANN STORES, LLC'S NOTICE OF REMOVAL** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants, and mailed a copy via First-Class Mail, postage prepaid, to the following:

Alan Bowman
BOWMAN, SMITH & KALLEN, PLLC
l13 W. Harold C. Giss Parkway
Yuma, AZ 85364
abowman@bsklawoffice.com
gloria@bsklawoffice.com
Attorney for Plaintiffs


s/Jeannette Felix

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s):   Janice Hancock ; Richard Hancock

**Defendant**(s): Jo-Ann Stores, Inc., dba Jo-Ann Fabrics and Crafts, Jo-Ann Etc., and Jo-Ann Stores, LLC

County of Residence: Yuma

County Where Claim For Relief Arose: Yuma

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):
**Alan Bowman**
**Bowman, Smith & Kallen, PLLC**
**113 W. Harold C. Giss Parkway**
**Yuma, Arizona  85364**
**928-433-2355**

Defendant's Atty(s):
**Curtis J. Busby**
**Bowman and Brooke LLP**
**2901 N. Central Avenue, Suite 1600**
**Phoenix, Arizona  85012**
**602-643-2300**

**Claudia C. Ionescu**
**Bowman and Brooke LLP**
**2901 N. Central Avenue, Suite 1600**
**Phoenix, Arizona  85012**
**602-643-2300**

**REMOVAL FROM YUMA COUNTY, CASE #S1400CV202100093**

II. Basis of Jurisdiction:          **4. Diversity (complete item III)**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

Plaintiff:-**3 Citizen of Foreign Country**
Defendant:-**2 Citizen of Another State**

IV. Origin :          **2. Removed From State Court**

V. Nature of Suit:          **360 Other Personal Injury**

VI.Cause of Action:          **action falls under this Court's original jurisdiction on the basis of diversity of citizenship, pursuant to 28 U.S.C. § 1332(a) and This is, therefore, an action that may be removed pursuant to 28 U.S.C. § 1441(a).**

VII. Requested in Complaint

Class Action: **No**
Dollar Demand:
Jury Demand: **Yes**

VIII. This case **is not related** to another case.

Signature:  **/s/Curtis J. Busby**

Date:  **05/14/21**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014

# EXHIBIT B

## SUPPLEMENTAL CIVIL COVER SHEET
## FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

---

1.    **Style of the Case:**
      Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and
      Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the
      attorney(s) of record for each party named and include their bar number, firm name, correct mailing
      address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Janice Hancock and Richard Hancock, wife and husband | Plaintiffs | Alan Bowman (SBN 006134)<br>BOWMAN, SMITH & KALLEN, PLLC<br>I13 W. Harold C. Giss Parkway<br>Yuma, AZ 85364<br>abowman@bsklawoffice.com<br>Tel: 928-783-8879 |
| Jo-Ann Stores, Inc. dba JoAnn Fabrics and Crafts, Jo-Ann Etc., and Jo-Ann Stores, LLC | Defendant | Curtis J. Busby (SBN 019415)<br>Claudia C. Ionescu (SBN 035312)<br>BOWMAN AND BROOKE LLP<br>2901 N. Central Avenue, Suite 1600<br>Phoenix, AZ 85012<br>Tel:  602-643-2300<br>curtis.busby@bowmanandbrooke.com<br>claudia.ionescu@bowmanandbrooke.com |
|  |  |  |

2.    **Jury Demand:**
      Was a Jury Demand made in another jurisdiction?      Yes  ⊙          No  ◯
      If "Yes," by which party and on what date?

      Plaintiffs                                                                        02/05/2021

3.    **Answer:**
      Was an Answer made in another jurisdiction?      Yes  ⊙          No  ◯
      If "Yes," by which party and on what date?

      Defendant                                                                        05/04/2021

4.  **Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Defendant Jo-Ann Stores, LLC | 03/31/2021 | Service of Process |
| | | |
| | | |

5.  **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| | |
| | |
| | |

6.  **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| | |
| | |
| | |

7.  **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiffs | Negligence |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

# EXHIBIT C

1 | Curtis J. Busby (SBN 019415)
Claudia Ionescu (SBN 035312)
2 | **BOWMAN AND BROOKE LLP**
2901 North Central Avenue, Suite 1600
3 | Phoenix, Arizona 85012-2736
Telephone: (602) 643-2300
4 | Facsimile: (602) 248-0947
curtis.busby@bowmanandbrooke.com
5 | claudia.ionescu@bowmanandbrooke.com
Minute Entries: mme@phx.bowmanandbrooke.com
6 |
Attorneys for Defendant Jo-Ann Stores, Inc., et al.
7 |

8 | <div align="center">**SUPERIOR COURT OF ARIZONA**</div>

9 | <div align="center">**COUNTY OF YUMA**</div>

| | |
|---|---|
| 10 Janice Hancock and Richard Hancock, husband and wife, | No. S1400CV202100093 |
| 11 | |
| Plaintiffs, | **NOTICE OF REMOVAL TO FEDERAL COURT** |
| 12 | |
| v. | |
| 13 | (Tier 3) |
| Jo-Ann Stores, Inc., dba JoAnn Fabrics and Crafts, Jo-Ann Etc., and JoAnn Stores, LLC; | |
| 14 and JOHN DOES 1-5; JANE DOES 1-5; | (The Honorable Larry Kenworthy) |
| 15 ABC COMPANIES 1-5; XYZ CORPORATION 1-5, | |
| 16 | |
| Defendants. | |
| 17 | |

18 |

19 |     **PLEASE TAKE NOTICE** that Defendants Jo-Ann Stores, LLC ("Defendant") has

20 | filed a Notice of Removal in the Office of the Clerk of the United States District Court for

21 | the District of Arizona. A copy of the Notice (without exhibits) is attached hereto as Exhibit

22 | A.

23 |     DATED this 14th day of May, 2021.

24 | <div align="center">**BOWMAN AND BROOKE LLP**</div>

25 |

26 | By: /s/Curtis J. Busby
       Curtis J. Busby
       Claudia Ionescu
27 |
       Attorneys for Defendants Jo-Ann Stores, Inc.
28 |

The foregoing document was **e-filed**
this 14th day of May, 2021, with:

https://turbocourt.com

**COPY** of the foregoing **emailed**
this 14th day of May, 2021, to:

Alan Bowman
BOWMAN, SMITH & KALLEN
113 W. Harold C. Giss Parkway
Yuma, Arizona 85364
abowman@bsklawoffice.com
gloria@bsklawoffice.com

Attorneys for Plaintiff


/s/Jeannette Felix

# EXHIBIT A

<table>
<tr><td>1</td><td>Curtis J. Busby (SBN 019415)<br>Claudia C. Ionescu (SBN 035312)</td></tr>
</table>

1 | Curtis J. Busby (SBN 019415)
  | Claudia C. Ionescu (SBN 035312)
2 | **BOWMAN AND BROOKE LLP**
  | Suite 1600, Phoenix Plaza
3 | 2901 North Central Avenue
  | Phoenix, Arizona  85012-2736
4 | Telephone: (602) 643-2300
  | curtis.busby@bowmanandbrooke.com
5 | claudia.ionescu@bowmanandbrooke.com

6 | Attorneys for Defendant Jo-Ann Stores, LLC

7

8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF ARIZONA**

10 | Janice Hancock and Richard Hancock,    Case No.
   | husband and wife,
11
   |                        Plaintiffs,    **JO-ANN STORES, LLC'S NOTICE OF**
12 |                                        **REMOVAL**
   | vs.
13 |                                        **(JURY DEMAND)**
   | Jo-Ann Stores, Inc. dba JoAnn Fabrics and
14 | Crafts, Jo-Ann Etc., and Jo-Ann Stores,
   | LLC; and John Does 1-5; Jane Does 1-5;
15 | ABC Companies 1-5; XYZ Corporation 1-5,
16 |                        Defendants.

17

18 |        Defendant Jo-Ann Stores, LLC ("Jo-Ann Stores") submits this timely filed Notice of

19 | Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and in support thereof, respectfully

20 | states as follows:

21 |        1.    This action falls under this Court's original jurisdiction on the basis of

22 | diversity of citizenship, pursuant to 28 U.S.C. § 1332(a) and is, therefore, an action that may

23 | be removed pursuant to 28 U.S.C. § 1441(a).

24 |        2.    The Civil Cover Sheet is attached hereto as Exhibit A.

25 |        3.    In compliance with L.R.Civ. 3.6(a), the "Supplemental Civil Cover Sheet for

26 | Cases Removed From Another Jurisdiction" is attached hereto as Exhibit B.

27 |        4.    In compliance with 28 U.S.C. § 1446(d), and in further compliance with

28 | L.R.Civ. 3.6(a), a copy of this Notice of Removal is being filed with the clerk of the state

court from which this action has been removed, and is being served upon all solvent parties, in the form attached hereto as Exhibit C.

5.     In compliance with 28 U.S.C. § 1446(a) and L.R.Civ. 3.6(b), copies of all pleadings and other documents that were previously filed with the state court are attached hereto as Exhibit D.

6.     In further compliance with L.R.Civ. 3.6(b), attached hereto as Exhibit E is the verification of undersigned counsel that Exhibit D contains true and complete copies of all pleadings and other documents filed in the state court proceeding.

7.     An email from Plaintiffs' counsel's office regarding Plaintiffs' Canadian Citizenship is attached hereto as Exhibit F.

8.     By filing this Notice of Removal, Jo-Ann Stores does not waive any defense available to it in this action.

## REMOVAL JURISDICTION

### I.     THE PARTIES

9.     Complete diversity of citizenship existed at the time the underlying action was filed in state court (2/05/2021) and at the time of this removal (5/15/2021).

10.     Plaintiffs Janice and Richard Hancock are residents and citizens of Canada. *See* Exhibit D, Compl. ¶ 1; Exhibit F, Email re Citizenship.

11.     Defendant Jo-Ann Stores, LLC, at the time this action was commenced, was and still is an Ohio limited liability company, whose principal place of business in Ohio, and whose sole member is and was a Delaware limited liability company and, the sole member of the Delaware limited liability company is a Delaware corporation with its principal place of business in Delaware.

12.     Plaintiffs also bring a claim against fictitious defendants (named and referenced in the Complaint as "John Does 1-5; Jane Does 105; ABC Companies 1-5; and XYZ Corporations 1-5"). These defendants are unknown to Plaintiff. *See* Ex. D, Compl. Section III. "Doe" defendants may be ignored for removal purposes. *See Cripps v. Life Ins. Co. of N. Am.*, 980 F.2d 1261, 1266 (9th Cir. 1992).

## II.   STATE COURT ACTION

13.    The state court action being removed is styled *Janice Hancock and Richard Hancock, husband and wife, Plaintiffs, v. Jo-Ann Stores, LLC, et al.,* Case No. S1400CV202100093, in the Superior Court for the State of Arizona, in and for the County of Yuma. The Complaint was filed on February 5, 2021.

14.    The Complaint alleges that on February 11, 2019, Plaintiff Janice Hancock was shopping at a Jo-Ann Store in Yuma, Arizona when she tripped over an electrical extension cord running across the floor in an aisle, causing her to fall and to be injured. *See* Ex. D, Compl. Sections IV-V.

15.    Plaintiffs appear to allege premises liability claims against Jo-Ann Stores. *See id.*, Sections VI – VII.

16.    On March 31, 2021, Plaintiffs served process on Jo-Ann Stores.

17.    On April 15, 2021, Plaintiffs' counsel's office confirmed Plaintiffs' Canadian citizenship. *See* Ex. F.

18.    On May 4, 2021, Jo-Ann Stores filed an answer to Plaintiffs' Complaint in state court.

## III.   REMOVAL DUE TO DIVERSITY OF CITIZENSHIP

### a.   Amount in Controversy

19.    The present action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), and it may be removed pursuant to the provision of 28 U.S.C. § 1441(a) because it is a civil action wherein the matter in controversy exceeds $75,000, exclusive of interests and costs, and it is between citizens of Canada and a citizen of different domestic states. In their Complaint, Plaintiffs state that the case meets the criteria set forth in Ariz. R. Civ. P. 26.2(c)(3) for a Tier 3 case, which means that they seek damages of $300,000 or more. Ex. D, Compl., Caption. Additionally, plaintiffs' Complaint describes a claim for substantial damages; specifically, it alleges that "Plaintiff has sustained serious and permanent physical and emotional injury, all of which has caused and will continue to cause mental, physical and nervous pain and suffering," and

1    alleges these damages "will be of a permanent nature, and will result in some permanent

2    disability to Plaintiff." Ex. D., Compl, Section VII. It is clear that the amount in controversy

3    in this matter exceeds $75,000, exclusive of interests and costs.

4                 **b.**      **Diversity Jurisdiction**

5          20.    The citizenship of an individual is determined by the state of his or her

6    domicile; an individual's domicile is the state where he or she is present and intends to

7    remain. *See Kanter v. Warner-Lambert Co.,* 265 F.3d 853, 857 (9th Cir. 2001). Plaintiffs

8    state that they are "residents of Vancouver, BC, Canada and occasionally, Yuma County,

9    Arizona." Ex. D, Compl., Section I. Plaintiffs allege that the events giving rise to their

10    claims occurred in Yuma County, Arizona.

11          21.    From Plaintiffs' Complaint, it was unclear which state or country Plaintiffs

12    were citizens of.  *See* Ex. D, Compl. However, Plaintiffs' counsel confirmed on April 15,

13    2021, that Plaintiffs were citizens of Canada. *See* Ex. F, Email.

14          22.    For removal purposes, an LLC is a citizen of every state of which its owners

15    and members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899

16    (9th Cir. 2006).

17          23.    Defendant Jo-Ann Stores, LLC, at the time this action was commenced, was

18    and still is an Ohio limited liability company, whose principal place of business in Ohio, and

19    whose sole member is and was a Delaware limited liability company and, the sole member of

20    the Delaware limited liability company is a Delaware corporation with its principal place of

21    business in Delaware. Thus, Jo-Ann Stores is a citizen of Delaware.

22          24.    Given this diversity of citizenship, this Court has jurisdiction under 28 U.S.C.§

23    1332(a)(1) and removal is proper under 28 U.S.C. § 1441(a).

24                 **c.**      **Timeliness**

25          25.    A notice of removal must be filed within 30 days after receipt of "the initial

26    pleading setting forth the claim for relief." 28 U.S.C. § 1446(b)(1). However, "if the case

27    stated by the pleading is not removable," a notice of removal may be filed within 30 days

28    after receipt of the "amended pleading, motion, order, or other paper from which it may first

be ascertained" that the case is removable. 28 U.S.C. § 1446(b)(3). "When the defendant receives enough facts to remove on any basis under section 1442, the case is removable, and section 1446's thirty-day clock starts ticking." *Durham v. Lockheed Martin Corp.*, 445 F.3d 1247, 1253 (9th Cir. 2006).

26.     At the time the Complaint was filed, Jo-Ann Stores did not have enough facts to determine whether the case was removable because the Complaint did not specify Plaintiffs' citizenship.

27.     On April 15, 2021, Jo-Ann Stores confirmed with Plaintiffs' counsel that Plaintiffs are citizens of Canada. *See* Ex. F, Email.

28.     This Notice of Removal has been timely filed because Jo-Ann Stores has filed it within 30 days of receipt of the email confirming Plaintiffs' Canadian citizenship. *See id.*

WHEREFORE, Defendant Jo-Ann Stores prays that the action styled *Janice Hancock and Richard Hancock, husband and wife, Plaintiffs, v. Jo-Ann Stores, LLC, et al.,* Case No. S1400CV202100093, in the Superior Court for the State of Arizona, in and for the County of Yuma be removed from the state court in which it is filed to this Court.

DATED this 14th day of May, 2021.

BOWMAN AND BROOKE LLP


By: s/Curtis J. Busby
    Curtis J. Busby
    Claudia C. Ionescu

    Attorneys for Defendant Jo-Ann Stores,
    LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14, 2021, I electronically transmitted the foregoing **JO-ANN STORES, LLC'S NOTICE OF REMOVAL** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants, and mailed a copy via First-Class Mail, postage prepaid, to the following:

Alan Bowman
BOWMAN, SMITH & KALLEN, PLLC
113 W. Harold C. Giss Parkway
Yuma, AZ 85364
abowman@bsklawoffice.com
gloria@bsklawoffice.com
Attorney for Plaintiffs

s/Jeannette Felix_____

# EXHIBIT D

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
02/05/2021  5:20PM
BY: ACANTWELL
DEPUTY

Case No.: S1400CV202100093
HON. HON LARRY KENWORTHY

**ALAN BOWMAN**
Arizona Bar No. 006134
**BOWMAN, SMITH & KALLEN, PLLC**
113 West Giss Parkway
Yuma, Arizona 85364
Tele:   928-783-8879
Fax:    928-329-1816
Email: abowman@bsklawoffice.com

*Attorney for Plaintiffs*

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF YUMA

| | |
|---|---|
| Janice Hancock and Richard Hancock, husband and wife, | **CASE No.** |
| | **DIVISION** |
| Plaintiffs, | **(TIER 3)** |
| vs. | |
| Jo-Ann Stores, Inc. dba JoAnn Fabrics and Crafts, Jo-Ann Etc., and Jo-Ann Stores, LLC; and JOHN DOES 1-5; JANE DOES 1-5; ABC COMPANIES 1-5; XYZ CORPORATION 1-5, | **COMPLAINT**<br>**TORT PERSONAL INJURY** |
| Defendants. | |

The Plaintiffs allege as follows:

I.

Plaintiffs are residents of Vancouver, BC, Canada and occasionally, Yuma County, Arizona.   All acts and events giving rise to Plaintiffs' claims hereinafter alleged occurred in Yuma County, Arizona.

II.

It is believed and therefore alleged that Defendants, Jo-Ann Stores, JoAnn Fabrics and Crafts, Jo-Ann Etc., & Jo-Ann Stores LLC (hereinafter JoAnn) were foreign entities authorized and doing business in Yuma County, State of Arizona. The Defendants, JoAnn, may have been incorporated in Ohio, Delaware and/or Arizona. The state of incorporation is known to the Defendants.

III.

The true names or capacities, whether individual, corporate, partnership, associate or otherwise of said John Does 1-5; ABC Companies 1-5 and XYZ Corporations 1-5, inclusive, are unknown to these Plaintiffs, who therefore sue said Defendants, and each of them, jointly and individually, by such fictitious names. Plaintiffs are informed and believe, and thereon state, that each of the Defendants designated by fictitious name herein is responsible for the events and happenings alleged. The precise nature of such responsibilities are unknown to Plaintiffs, but were known to Defendants, and each of them.

IV.

On or about the 11ᵗʰ day of February, 2019, Plaintiff was a business invitee shopping at the JoAnn Fabric store, which was open to the public, and located in the Yuma Palms Regional Center which is at 1305 Yuma Palms Pkwy, Yuma, Arizona 85365.

V.

Plaintiff was walking in the store, carrying her items that she had selected and she was looking ahead at sewing machines displayed on the wall at the store when she tripped over an electrical/extension cord running across the floor in the aisle where she was walking, causing her to fall and be seriously injured. She had no reason to believe that there was anything on the floor

that presented a trip hazard to her. There were no warnings provided. The cord running across

the aisle created an unreasonably dangerous condition for business invitees such as the plaintiff.

VI.

The defendants, through its employees, had a duty to business invitees to exercise

reasonable care to protect its business invitees such as the plaintiff.  Defendants knew, or should

have known, in the exercise of reasonable care, of the dangerous condition created by the

cord/object on the floor. Additionally, the defendants created the dangerous condition by the acts

of and through its employees. The defendants had a duty to search for and remove any such

dangerous conditions. The defendants had an additional duty to warn of the dangerous condition

so that the plaintiff could avoid it. The defendants breached their duties and caused the plaintiff's

injuries.

VII.

As a proximate result of the conduct of the Defendants, and each of them, Plaintiff has

sustained serious and permanent physical and emotional injury, all of which has caused and will

continue to cause mental, physical and nervous pain and suffering; Plaintiff is informed and

believes, and thereon alleges, that some of said injuries will be of a permanent nature, and will

result in some permanent disability to Plaintiff, all to her general damage in an amount as yet

unascertained.

VIII.

As a further proximate result of the conduct of the Defendants, and each of them,

Plaintiffs were required to and did employ physicians, surgeons and hospitals to examine, treat

and care for her, and did incur, and will in the future incur, medical and other related expenses in

connection therewith.  The exact amount of such present and future expense is unknown to

Plaintiffs at this time and therefore Plaintiffs ask leave to prove and, if required by Court, to amend this Complaint to show the reasonable value of such medical services at time of trial.

IX.

As a further proximate result of the conduct of the Defendants, and each of them, Plaintiff has lost the quality of her life, her activities of daily living and her "golden years" in retirement.

X.

As a further proximate result of the conduct of the Defendants, and each of them, and of Plaintiff Hancock's resulting injuries, Plaintiff, Richard Hancock has been deprived of the services of his wife by reason of her inability to carry on her usual duties. Plaintiffs are informed and believe, and thereon allege, that said injuries are of a permanent nature and that Plaintiffs will be deprived of their quality of life in the future, all to their further damage in an amount that will be determined at time of trial. This is a claim for the loss of consortium between the plaintiffs, husband and wife.

XII.

WHEREFORE, Plaintiffs request judgment against the Defendants, and each of them, jointly and severally, as follows:

1.      Compensatory damages in an amount which is just and reasonable, but in excess of the jurisdictional requirements of this Court;

2.      Plaintiff's costs incurred herein;

3.      For interest, pre- and post-judgment;

4.      For such other and further relief as the Court deems proper in the premises.

**TRIAL BY JURY IS REQUESTED.**

1     **DATED** this <u>5th</u> day of <u>February, 2021</u>.

2

3                            BOWMAN, SMITH & KALLEN, P.L.L.C.

4

5                     By <u>/s/ Alan Bowman</u>

6                          Alan Bowman

7                          *Attorney for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
02/05/2021 5:20PM
BY: ACANTWELL
DEPUTY

Case No.: S1400CV202100093
HON. HON LARRY KENWORTHY

Person/Attorney Filing: Alan Bowman
Mailing Address: 113 Harold C. Giss Parkway
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928)783-8879
E-Mail Address: gloria@bsklawoffice.com
[ □ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 006134, Issuing State: AZ

<div align="center">

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF YUMA

</div>

Janice Hancock
Plaintiff(s),
v.
Jo-Ann Stores, Inc., et al.
Defendant(s).

Case No.

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Yuma County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Alan Bowman /s/
    Plaintiff/Attorney for Plaintiff

Person/Attorney Filing: Alan Bowman
Mailing Address: 113 Harold C. Giss Parkway
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928)783-8879
E-Mail Address: gloria@bsklawoffice.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 006134, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YUMA

Janice Hancock
Plaintiff(s),
v.
Jo-Ann Stores, Inc., et al.
Defendant(s).

Case No.   S1400CV202100093

**SUMMONS**

To: Jo-Ann Stores LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 250 W. 2nd Street, Yuma,
   Arizona 85364 or electronically file your Answer through one of Arizona's approved
   electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YUMA

SIGNED AND SEALED this date: *February 5, 2021*

*Lynn Fazz*
Clerk of Superior Court

By: *ACANTWELL*
Deputy Clerk



2

Person/Attorney Filing: Alan Bowman
Mailing Address: 113 Harold C. Giss Parkway
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928)783-8879
E-Mail Address: gloria@bsklawoffice.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 006134, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YUMA

Janice Hancock
Plaintiff(s),                                      Case No. S1400CV202100093
v.
Jo-Ann Stores, Inc., et al.                        **SUMMONS**
Defendant(s).

To: Jo-Ann Stores, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 250 W. 2nd Street, Yuma, Arizona 85364 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YUMA

SIGNED AND SEALED this date:*February 5, 2021*

*Lynn Fazz*
Clerk of Superior Court

By:*ACANTWELL*
Deputy Clerk



AZturboCourt.gov Form Set #8395600

2

Person/Attorney Filing: Alan Bowman
Mailing Address: 113 Harold C. Giss Parkway
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928)783-8879
E-Mail Address: gloria@bsklawoffice.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 006134, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YUMA

| | |
|---|---|
| Janice Hancock<br>Plaintiff(s),<br>v.<br>Jo-Ann Stores, Inc., et al.<br>Defendant(s). | Case No.  S1400CV202100093<br><br>**SUMMONS** |

To: JoAnn Fabrics

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to <u>Clerk of the Superior Court, 250 W. 2nd Street, Yuma,
   Arizona 85364 or electronically file your Answer through one of Arizona's approved
   electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of YUMA

SIGNED AND SEALED this date:*February 5, 2021*

*Lynn Fazz*
Clerk of Superior Court

By:*ACANTWELL*
Deputy Clerk



AZtubeCourt.gov Form Sel 48318600

2

Person/Attorney Filing: Alan Bowman
Mailing Address: 113 Harold C. Giss Parkway
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928)783-8879
E-Mail Address: gloria@bsklawoffice.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 006134, Issuing State: AZ

<div align="center">

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF YUMA

</div>

| | |
|---|---|
| Janice Hancock<br>Plaintiff(s),<br>v.<br>Jo-Ann Stores, Inc., et al.<br>Defendant(s). | Case No.  S1400CV202100093<br><br>**SUMMONS** |

To: Jo-Ann Etc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to <u>Clerk of the Superior Court, 250 W. 2nd Street, Yuma,
   Arizona 85364 or electronically file your Answer through one of Arizona's approved
   electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

AZTurboCourt.gov Form Set 6539/6600

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YUMA

SIGNED AND SEALED this date:*February 5, 2021*

*Lynn Fazz*
Clerk of Superior Court

By:*ACANTWELL*
Deputy Clerk



AZcourts.gov Form Set #396800

2

 CT Corporation

**Service of Process Transmittal**
03/31/2021
CT Log Number 539304156

TO:     Ann Aber
        Jo-Ann Stores, LLC
        5555 DARROW RD
        HUDSON, OH 44236-4054

RE:     **Process Served in Ohio**

FOR:    Jo-Ann Stores, LLC  (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Janice Hancock, Pltf. vs. Jo-Ann Stores, Inc., etc., et al., Dfts. // To: Jo-Ann Stores LLC<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # S1400CV202100093 |
| **NATURE OF ACTION:** | Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Columbus, OH |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/31/2021 at 14:53 |
| **JURISDICTION SERVED :** | Ohio |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/31/2021, Expected Purge Date: 04/05/2021 |
| | Image SOP |
| | Email Notification,  Kathleen Levine  kathleen.levine@joann.com |
| | Email Notification,  Ann Aber  ann.aber@joann.com |
| | Email Notification,  Steve Young  stephen.young@joann.com |
| | Email Notification,  Robert Icsman  bob.icsman@joann.com |
| | Email Notification,  Melana Collins  melana.collins@joann.com |
| | Email Notification,  James Weikamp  james.weikamp@joann.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>4400 Easton Commons Way<br>Suite 125<br>Columbus, OH 43219 |
| | 866-331-2303 |



**Service of Process Transmittal**
03/31/2021
CT Log Number 539304156

**TO:**   Ann Aber
Jo-Ann Stores, LLC
5555 DARROW RD
HUDSON, OH 44236-4054

**RE:**   **Process Served in Ohio**

**FOR:**   Jo-Ann Stores, LLC  (Domestic State: OH)

CentralTeam1@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                    Wed, Mar 31, 2021

**Server Name:**             Jeffrey Cremeans

| Entity Served | JO-ANN STORES, LLC |
|---|---|
| Agent Name | CT CORPORATION SYSTEM |
| Case Number | S1400CV202100093 |
| Jurisdiction | OH |



Person/Attorney Filing: Alan Bowman
Mailing Address: 113 Harold C. Giss Parkway
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928)783-8879
E-Mail Address: gloria@bsklawoffice.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 006134, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YUMA

Janice Hancock
Plaintiff(s),
v.
Jo-Ann Stores, Inc., et al.
Defendant(s).

Case No.   S1400CV202100093

**SUMMONS**

To: Jo-Ann Stores LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to <u>Clerk of the Superior Court, 250 W. 2nd Street, Yuma,
   Arizona 85364 or electronically file your Answer through one of Arizona's approved
   electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YUMA

SIGNED AND SEALED this date:*February 5, 2021*

*Lynn Fazz*
Clerk of Superior Court

By:*ACANTWELL*
Deputy Clerk



2

Person/Attorney Filing: Alan Bowman
Mailing Address: 113 Harold C. Giss Parkway
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928)783-8879
E-Mail Address: gloria@bsklawoffice.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 006134, Issuing State: AZ

<div align="center">

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF YUMA

</div>

| | |
|---|---|
| Janice Hancock<br>Plaintiff(s),<br>v.<br>Jo-Ann Stores, Inc., et al.<br>Defendant(s). | Case No.  S1400CV202100093<br><br>**SUMMONS** |

To: Jo-Ann Stores, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 250 W. 2nd Street, Yuma, Arizona 85364 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of YUMA

SIGNED AND SEALED this date: *February 5, 2021*

*Lynn Fazz*
Clerk of Superior Court

By: *ACANTWELL*
Deputy Clerk



AZturboCourt.gov Form Set 8339000

2

Person/Attorney Filing: Alan Bowman
Mailing Address: 113 Harold C. Giss Parkway
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928)783-8879
E-Mail Address: gloria@bsklawoffice.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 006134, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YUMA

| | |
|---|---|
| Janice Hancock<br>Plaintiff(s),<br>v.<br>Jo-Ann Stores, Inc., et al.<br>Defendant(s). | Case No.   S1400CV202100093<br><br>**SUMMONS** |

To: JoAnn Fabrics

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 250 W. 2nd Street, Yuma, Arizona 85364 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of YUMA

SIGNED AND SEALED this date:*February 5, 2021*

*Lynn Fazz*
Clerk of Superior Court

By:*ACANTWELL*
Deputy Clerk



2

Person/Attorney Filing: Alan Bowman
Mailing Address: 113 Harold C. Giss Parkway
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928)783-8879
E-Mail Address: gloria@bsklawoffice.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 006134, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF YUMA

Janice Hancock
Plaintiff(s),                               Case No.   S1400CV202100093
v.
Jo-Ann Stores, Inc., et al.                 **SUMMONS**
Defendant(s).

To: Jo-Ann Etc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to <u>Clerk of the Superior Court, 250 W. 2nd Street, Yuma,
   Arizona 85364 or electronically file your Answer through one of Arizona's approved
   electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YUMA

SIGNED AND SEALED this date:*February 5, 2021*

*Lynn Fazz*
Clerk of Superior Court

By:*ACANTWELL*
Deputy Clerk



2

AZturboCourt.gov Form Set #5398500

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
02/05/2021  5:20PM
BY: ACANTWELL
DEPUTY

Case No.: S1400CV202100093
HON. HON LARRY KENWORTHY

1  **ALAN BOWMAN**
   Arizona Bar No. 006134
2  **BOWMAN, SMITH & KALLEN, PLLC**
   113 West Giss Parkway
3  Yuma, Arizona 85364
4  Tele:  928-783-8879
   Fax:   928-329-1816
5  Email: abowman@bsklawoffice.com

6  *Attorney for Plaintiffs*

7

8              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9                    **IN AND FOR THE COUNTY OF YUMA**

10

11 Janice Hancock and Richard Hancock,          **CASE No.**
   husband and wife,
12                                               **DIVISION**
                          Plaintiffs,
13                                                   **(TIER 3)**
   vs.
14

15 Jo-Ann Stores, Inc. dba JoAnn Fabrics and         **COMPLAINT**
   Crafts, Jo-Ann Etc., and Jo-Ann Stores,       **TORT PERSONAL INJURY**
16 LLC; and JOHN DOES 1-5; JANE DOES
   1-5; ABC COMPANIES 1-5; XYZ
17 CORPORATION 1-5,
18
                          Defendants.
19

20

21 The Plaintiffs allege as follows:

22                                     I.

23

24     Plaintiffs are residents of Vancouver, BC, Canada and occasionally, Yuma County,

25 Arizona.  All acts and events giving rise to Plaintiffs' claims hereinafter alleged occurred in

26 Yuma County, Arizona.

27

28

II.

It is believed and therefore alleged that Defendants, Jo-Ann Stores, JoAnn Fabrics and Crafts, Jo-Ann Etc., & Jo-Ann Stores LLC (hereinafter JoAnn) were foreign entities authorized and doing business in Yuma County, State of Arizona. The Defendants, JoAnn, may have been incorporated in Ohio, Delaware and/or Arizona. The state of incorporation is known to the Defendants.

III.

The true names or capacities, whether individual, corporate, partnership, associate or otherwise of said John Does 1-5; ABC Companies 1-5 and XYZ Corporations 1-5, inclusive, are unknown to these Plaintiffs, who therefore sue said Defendants, and each of them, jointly and individually, by such fictitious names. Plaintiffs are informed and believe, and thereon state, that each of the Defendants designated by fictitious name herein is responsible for the events and happenings alleged. The precise nature of such responsibilities are unknown to Plaintiffs, but were known to Defendants, and each of them.

IV.

On or about the 11th day of February, 2019, Plaintiff was a business invitee shopping at the JoAnn Fabric store, which was open to the public, and located in the Yuma Palms Regional Center which is at 1305 Yuma Palms Pkwy, Yuma, Arizona 85365.

V.

Plaintiff was walking in the store, carrying her items that she had selected and she was looking ahead at sewing machines displayed on the wall at the store when she tripped over an electrical/extension cord running across the floor in the aisle where she was walking, causing her to fall and be seriously injured. She had no reason to believe that there was anything on the floor

that presented a trip hazard to her. There were no warnings provided. The cord running across the aisle created an unreasonably dangerous condition for business invitees such as the plaintiff.

### VI.

The defendants, through its employees, had a duty to business invitees to exercise reasonable care to protect its business invitees such as the plaintiff. Defendants knew, or should have known, in the exercise of reasonable care, of the dangerous condition created by the cord/object on the floor. Additionally, the defendants created the dangerous condition by the acts of and through its employees. The defendants had a duty to search for and remove any such dangerous conditions. The defendants had an additional duty to warn of the dangerous condition so that the plaintiff could avoid it. The defendants breached their duties and caused the plaintiff's injuries.

### VII.

As a proximate result of the conduct of the Defendants, and each of them, Plaintiff has sustained serious and permanent physical and emotional injury, all of which has caused and will continue to cause mental, physical and nervous pain and suffering; Plaintiff is informed and believes, and thereon alleges, that some of said injuries will be of a permanent nature, and will result in some permanent disability to Plaintiff, all to her general damage in an amount as yet unascertained.

### VIII.

As a further proximate result of the conduct of the Defendants, and each of them, Plaintiffs were required to and did employ physicians, surgeons and hospitals to examine, treat and care for her, and did incur, and will in the future incur, medical and other related expenses in connection therewith. The exact amount of such present and future expense is unknown to

1   Plaintiffs at this time and therefore Plaintiffs ask leave to prove and, if required by Court, to

2   amend this Complaint to show the reasonable value of such medical services at time of trial.

3                                                  IX.

4
5        As a further proximate result of the conduct of the Defendants, and each of them,

6   Plaintiff has lost the quality of her life, her activities of daily living and her "golden years" in

7   retirement.

8                                                  X.

9        As a further proximate result of the conduct of the Defendants, and each of them, and of

10  Plaintiff Hancock's resulting injuries, Plaintiff, Richard Hancock has been deprived of the

11  services of his wife by reason of her inability to carry on her usual duties. Plaintiffs are informed

12  and believe, and thereon allege, that said injuries are of a permanent nature and that Plaintiffs

13  will be deprived of their quality of life in the future, all to their further damage in an amount that

14  will be determined at time of trial. This is a claim for the loss of consortium between the

15  plaintiffs, husband and wife.

16
17                                                 XII.

18       WHEREFORE, Plaintiffs request judgment against the Defendants, and each of them,

19  jointly and severally, as follows:

20
21      1.   Compensatory damages in an amount which is just and reasonable, but in excess

22  of the jurisdictional requirements of this Court;

23      2.   Plaintiff's costs incurred herein;

24
25      3.   For interest, pre- and post-judgment;

26      4.   For such other and further relief as the Court deems proper in the premises.

27  **TRIAL BY JURY IS REQUESTED.**

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DATED** this 5th day of February, 2021.

BOWMAN, SMITH & KALLEN, P.L.L.C.


By  /s/ Alan Bowman
     Alan Bowman
     *Attorney for Plaintiffs*

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
02/05/2021 5:20PM
BY: ACANTWELL
DEPUTY

Case No.: S1400CV202100093
HON. HON LARRY KENWORTHY

Person/Attorney Filing: Alan Bowman
Mailing Address: 113 Harold C. Giss Parkway
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928)783-8879
E-Mail Address: gloria@bsklawoffice.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 006134, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF YUMA

Janice Hancock
Plaintiff(s),
v.
Jo-Ann Stores, Inc., et al.
Defendant(s).

Case No.

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Yuma County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Alan Bowman /s/
Plaintiff/Attorney for Plaintiff

1 | Curtis J. Busby (SBN 019415)
Claudia Ionescu (SBN 035312)
2 | **BOWMAN AND BROOKE LLP**
2901 North Central Avenue, Suite 1600
3 | Phoenix, Arizona 85012-2736
Telephone: (602) 643-2300
4 | Facsimile: (602) 248-0947
curtis.busby@bowmanandbrooke.com
5 | claudia.ionescu@bowmanandbrooke.com
Minute Entries: mme@phx.bowmanandbrooke.com
6 |
Attorneys for Defendant Jo-Ann Stores, LLC
7 |

8 | <div align="center">**SUPERIOR COURT OF ARIZONA**</div>

9 | <div align="center">**COUNTY OF YUMA**</div>

10 | Janice Hancock and Richard Hancock, | No. S1400CV202100093
husband and wife, |
11 | | Division:_____
| Plaintiffs, |
12 | |
v. | **DEFENDANT JO-ANN STORES,**
13 | | **LLC'S ANSWER TO PLAINTIFF'S**
Jo-Ann Stores, Inc., dba JoAnn Fabrics and | **COMPLAINT**
14 | Crafts, Jo-Ann Etc., and JoAnn Stores, LLC; |
and JOHN DOES 1-5; JANE DOES 1-5; | **JURY TRIAL DEMANDED**
15 | ABC COMPANIES 1-5; XYZ |
CORPORATION 1-5, | (Tier 3)
16 | |
Defendants. | (The Honorable Larry Kenworthy)
17 |

18 |      Defendant Jo-Ann Stores, LLC, ("Jo-Ann Stores") for its Answer to Plaintiffs'

19 | Complaint hereby responds as follows:

20 |      Jo-Ann Stores denies every allegation in Plaintiffs' Complaint except those

21 | allegations that are hereinafter expressly admitted, qualified, or otherwise answered.

22 |      I.    Answering Section I of Plaintiffs' Complaint, Jo-Ann Stores is without

23 | sufficient knowledge or information to form a belief as to the truth of the allegations therein.

24 |      II.    Answering section II of Plaintiffs' Complaint, Jo-Ann Stores admits that it is a

25 | foreign entity doing business in Yuma County, Arizona. Jo-Ann Stores admits that it is an

26 | Ohio limited liability company with its principal place of business in Ohio.

27 |      III.    Answering section III of Plaintiffs' Complaint, Jo-Ann Stores is without

28 | sufficient knowledge or information as to the allegations directed towards the fictional

1   defendants. Jo-Ann Stores denies all other allegations contained in Section III.

2   IV.   Answering section IV of Plaintiffs' Complaint, Jo-Ann Stores is without
3   sufficient knowledge or information to form a belief as to the truth of the allegations therein.

4   V.   Answering section V of Plaintiffs' Complaint, Jo-Ann Stores is without
5   sufficient knowledge or information to form a belief as to the truth of the allegations therein.
6   To the extent Section V alleges liability against the Jo-Ann Stores, it is denied.

7   VI.   Jo-Ann Stores denies the allegations contained in Section VI of Plaintiffs'
8   Complaint.

9   VII.   Jo-Ann Stores denies the allegations contained in Section VII of Plaintiffs'
10  Complaint. Jo-Ann Stores is further without sufficient knowledge or information to form a
11  belief as to the truth of the allegations concerning Plaintiffs' alleged damages.

12  VIII.   Answering section VIII of Plaintiffs' Complaint, Jo-Ann Stores is without
13  sufficient knowledge or information to form a belief as to the truth of the allegations therein
14  concerning Plaintiffs' alleged damages. Jo-Ann Stores denies all other allegations contained
15  in Section VIII of Plaintiffs' Complaint.

16  IX.   Answering section IX of Plaintiffs' Complaint, Jo-Ann Stores is without
17  sufficient knowledge or information to form a belief as to the truth of the allegations therein
18  concerning Plaintiffs' alleged damages. Jo-Ann Stores denies all other allegations contained
19  in Section IX of Plaintiffs' Complaint.

20  X.   Answering section X of Plaintiffs' Complaint, Jo-Ann Stores is without
21  sufficient knowledge or information to form a belief as to the truth of the allegations therein
22  concerning Plaintiffs' alleged damages. Jo-Ann Stores denies all other allegations contained
23  in Section X of Plaintiffs' Complaint.

24  XII.   Answering section XII[1] of Plaintiffs' Complaint, Jo-Ann Stores expressly
25  denies that Plaintiffs are entitled to any of the relief requested therein, including subsections
26  1-4.

27  XIII.

28  _____
[1] Section XI was omitted in Plaintiffs' Complaint.

2

## AFFIRMATIVE DEFENSES

1.     Jo-Ann Stores affirmatively alleges that neither the Complaint nor any of the causes of action stated in it allege facts sufficient to constitute a cause of action against Jo-Ann Stores.

2.     Jo-Ann Stores affirmatively alleges that Plaintiffs' injuries and damages, if any, may have been caused or contributed to by the negligence of other persons over whom Jo-Ann Stores has no control or right of control.

3.     Jo-Ann Stores affirmatively alleges that Plaintiffs may have failed to mitigate their damages.

4.     There may be lack of joinder of one or more indispensable parties who should and must be joined, and without joinder of these proper parties, complete relief cannot be accorded among those already attempted to be made parties to this civil action.

5.     Jo-Ann Stores alleges that Plaintiffs' alleged damages, if any, may have been the result of Plaintiffs' own negligence, carelessness, inattention, assumption of risk, or otherwise wrongful or unsafe act; and Plaintiffs' damages should thereby be reduced or eliminated by their own percentage of negligence and fault under the doctrine of comparative fault.

6.     Jo-Ann Stores affirmatively alleges that Plaintiffs assumed the risk of the injuries and damages claimed as a result of the events set forth in Plaintiffs' Complaint, and their assumption of the risk bars their recovery.

7.     Jo-Ann Stores affirmatively alleges that the acts or omissions, if any, of Jo-Ann Stores were not a substantial factor in bringing about the alleged injuries of Plaintiffs and, therefore, were not a contributing cause thereof, but were superseded by the acts or omissions of others, including Plaintiffs, which were sole or independent, intervening and proximate causes of any such injuries or damages allegedly suffered.

8.     To the extent that Plaintiffs received payments from any party or any alleged joint tortfeasor in full satisfaction of any alleged damages and/or claims against Jo-Ann Stores and/or any other alleged joint tortfeasor, Plaintiffs' Complaint is barred by the

3

1 | defenses of payment and accord and satisfaction.

2 |      9.    Jo-Ann Stores denies that it had a duty to Plaintiffs, breached a duty, or caused
3 | Plaintiffs' alleged damages.

4 |      10.    Jo-Ann Stores affirmatively alleges that, after appropriate discovery, one or
5 | more of the following affirmative defenses may be applicable: failure of consideration,
6 | illegality, void contract, unclean hands, abatement, estoppel, laches, waiver, release,
7 | payment, violation of a statute, failure to join a necessary or proper party, failure of a
8 | condition precedent, accord and satisfaction, Statute of Frauds, failure to comply with
9 | statutory requirements, fraud, bad faith, breach of contract, or offset. The extent to which
10 | Plaintiffs' claims may be barred by one of the foregoing affirmative defenses cannot be
11 | adequately determined until Jo-Ann Stores has had an opportunity to complete discovery.

12 |      Therefore, Jo-Ann Stores requests that Plaintiffs take nothing by their Complaint and
13 | that the same be dismissed with prejudice on the merits; for judgment in favor of Jo-Ann
14 | Stores; that Jo-Ann Stores has and recovers its costs, disbursements, and attorneys' fees
15 | incurred in this matter; and that Jo-Ann Stores receive all other relief which this Court deems
16 | to be just and reasonable.

17 |      Jo-Ann Stores demands a trial by jury on all issues.

18 |      DATED this 4th day of May 2021.

19 | **BOWMAN AND BROOKE LLP**

20 |

21 | By: /s/ Claudia Ionescu
        Curtis J. Busby
        Claudia Ionescu

22 |

23 |      Attorneys for Defendants Jo-Ann Stores, LLC

4


The foregoing document was **e-filed**
this 4th day of May 2021, with:

https://turbocourt.com

**COPY** of the foregoing **emailed**
this 4th day of May 2021, to:

Alan Bowman
BOWMAN, SMITH & KALLEN
113 West Giss Parkway
Yuma, Arizona 85364
abowman@bsklawoffice.com
gloria@bsklawoffice.com

Attorneys for Plaintiff

/s/ Sandy Wickham

Person/Attorney Filing: Claudia Ionescu
Mailing Address: 2901 N Central Ave #1600
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602) 643-2428
E-Mail Address: claudia.ionescu@bowmanandbrooke.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 035312, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF YUMA

JANICE HANCOCK
Plaintiff(s),
v.
JO-ANN STORES, INC., et al.
Defendant(s).

Case No. S1400CV202100093

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Yuma County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Claudia Ionescu /s/
        Defendant/Attorney for Defendant

AZturboCourt.gov Form Set #5677807

# EXHIBIT E

1  Curtis J. Busby (SBN 019415)
   Claudia C. Ionescu (SBN 035312)
2  **BOWMAN AND BROOKE LLP**
   Suite 1600, Phoenix Plaza
3  2901 North Central Avenue
   Phoenix, Arizona  85012-2736
4  Telephone: (602) 643-2300
   curtis.busby@bowmanandbrooke.com
5  claudia.ionescu@bowmanandbrooke.com

6  Attorneys for Defendant Jo-Ann Stores, LLC

7

8              **UNITED STATES DISTRICT COURT**

9                 **DISTRICT OF ARIZONA**

10 Janice Hancock and Richard Hancock,        Case No.
   husband and wife,
11
                    Plaintiffs,              **VERIFICATION RE COPIES OF**
12                                           **ALL PLEADINGS AND OTHER**
   vs.                                       **DOCUMENTS FILED IN STATE**
13                                           **COURT**
   Jo-Ann Stores, Inc. dba JoAnn Fabrics and
14 Crafts, Jo-Ann Etc., and Jo-Ann Stores,
   LLC; and John Does 1-5; Jane Does 1-5;
15 ABC Companies 1-5; XYZ Corporation 1-5,

16                  Defendants.

17

18         Pursuant to LRCiv. 3.6(b), undersigned counsel hereby verifies that the documents

19 attached as Exhibit D to Defendant Jo-Ann Stores, LLC's Notice of Removal are true and

20 complete copies of all pleadings and other documents filed in the state court from which this

21 action has been removed.

22         DATED this 14th day of May, 2021.

23                                      BOWMAN AND BROOKE LLP

24

25                                      By: s/Curtis J. Busby
                                           Curtis J. Busby
26                                         Claudia C. Ionescu

27                                         Attorneys for Defendant Jo-Ann Stores,
                                           LLC
28

                                      1

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2021, I electronically transmitted the foregoing **VERIFICATION RE COPIES OF ALL PLEADINGS AND OTHER DOCUMENTS FILED IN STATE COURT** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants, and mailed a copy via First-Class Mail, postage prepaid, to the following:

Alan Bowman
BOWMAN, SMITH & KALLEN, PLLC
113 W. Harold C. Giss Parkway
Yuma, AZ 85364
abowman@bsklawoffice.com
gloria@bsklawoffice.com
Attorney for Plaintiffs


s/Jeannette Felix

24392404v1

# EXHIBIT F

**From:** Gloria José <gloria@territoriallaw.com>
**Sent:** Thursday, April 15, 2021 12:12 PM
**To:** Claudia Ionescu <Claudia.Ionescu@bowmanandbrooke.com>
**Cc:** Curtis Busby <Curtis.Busby@bowmanandbrooke.com>
**Subject:** Re: Janice Hancock v. Jo-Ann Stores - initial records

Hi Clauda,
Alan's email is abowman@territoriallaw.com.  Also, you asked me if our client, Janice Hancock is a citizen of Canada.  Yes, Janice is a citizen of Canada.
Thank you,
Gloria José
Legal Assistant to Alan Bowman

*Please note my new email address: gloria@territoriallaw.com and new firm name*

**Territorial Law, LLC**
**113 W. Giss Parkway**
**Yuma, Arizona 85364-2210**
Tel. (928)783-8879
Fax. (928)329-1816
www.territoriallaw.com

**Confidentiality Notice:** This email and any attachments are confidential and legally privileged pursuant to 18 U.S.C. Sections 2510-2521. They may also be privileged as attorney work product. They are intended only for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify the sender by replying to this message, and then delete it from your system. **IRS Circular 230 Disclosure:** In compliance with requirements imposed by the IRS, you are informed that any Federal tax advice contained in this communication (to include any attachments or schedules) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax related penalties, or (ii) promoting, marketing, or recommending to any other party any transaction or tax matter addressed herein.